JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBINSON IKE AGBATEKWE,<br><br>Petitioner,<br><br>v.<br><br>NANCY J. ALBY, et al.<br><br>Defendants. | Case No. 2:22-cv-08536-DSF-SK<br><br>**ORDER APPROVING<br>STIPULATION OF DISMISSAL** |

The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendants, shall be dismissed without prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

DATED:  March 6, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE